Jessie Adams, appellant, v. City of Centralia, appellee.

Action for personal injuries. Judgment for defendant. Appeal from the Circuit Court of Marion county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed February 17, 1926.

Charles H. Holt, for appellant. L. H. Jonas and Noleman, Smith & Dallstream, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

William M. Berry, appellee, v. J. J. Nevener, appellant.

Action for personal injuries. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1925. Affirmed on remittitur. Opinion filed February 17, 1926.

Farmer & Klingel, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Belle Pickering, administratrix of the estate of Charles E. Pickering, deceased, plaintiff in error, v. W. W. Wheelock et al., defendants in error.

Action for wrongful death. Judgment for defendants. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.

Wilbur A. Trares, for plaintiff in error. C. E. Pope and Silas H. Strawn, for defendants in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

St. Louis Racine Rubber Company, appellee, v. Otis L. Boyd, appellant.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded with directions. Opinion filed February 17, 1926.

William P. Boynton, for appellant. C. E. Ellison, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Mattie Becker, plaintiff in error.

Conviction of selling intoxicating liquors for beverage purposes. Error to the County Court of Perry county; the Hon. J. G. Vankeuren, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.

L. A. Cranston, for plaintiff in error. J. E. Harris, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.

---

Henry J. Surmeier, appellant, v. Henry L. Gundlach et al., appellees.

Bill to compel removal of dam. Decree for complainant. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow,